# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 6, 2013

Lyle W. Cayce
Clerk

No. 12-41241
c/w No. 12-41248
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANCISCO JAVIER FLORES-JIMENEZ,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:07-CR-206-1
USDC No. 1:12-CR-522-1

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Francisco Javier Flores-Jimenez has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Flores-Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the records

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reflected therein.  We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  See 5TH CIR. R. 42.2.